# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Timothy Broyhill,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:17-cv-00117-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court on Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2017 Order.

                                              December 1, 2017

                                              Frank G. Johns, Clerk
                                              United States District Court